UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **HOWARD LEN LIPPTON #227852** | **CASE NO. 5:25-CV-00815 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ROBERT CHAVIS ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 10] previously filed herein, after an independent review of the record, noting the lack of written objections filed by Plaintiff Howard Lippton ("Plaintiff"), and determining that the findings are correct under the applicable law,

**IT IS ORDERED** that Plaintiff's complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

MONROE, LOUISIANA, this 8th day of December 2025

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE